IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1270-ZLW-OES

ELIZABETH GARDESANI,

    Plaintiff,

v.

BILL OWENS, Governor, State of Colorado, sued in his individual capacity;
JOE ORTIZ, Director, sued in his individual capacity;
ROBERT D. ANDERSON, Security Officer, sued in his individual capacity;
DEP. [sic] OF CORRECTIONS, sued in his individual capacity, and
JEAN SHOEMAKER, Warden,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December  14 , 2005


    It is ORDERED that Defendant's letter filed December 12, 2005 (Doc. # 41), which the Court treats as a motion for reconsideration of the Court's September 29, 2005 Order And Judgment Of Dismissal, is denied.  Plaintiff is informed that under Rule V.C. of the United States District Court for the District of Colorado ECF Procedures, an "s/" signature constitutes a valid signature on all documents electronically filed with the Court.